```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK              14 CV 2199 (JGK)
------------------------------------X
BARBARA ROLDAN,                            **STIPULATION OF**
                Plaintiff                  **SETTLEMENT**

     - against -                           USDC SDNY
                                           DOCUMENT
CAFE LUGHNASA and A&R KALIMIAN LLC,        ELECTRONICALLY FILED
                                           DOC# _____
                Defendant.                 DATE FILED: 4/9/15
------------------------------------X
```

Plaintiff Barbara Roldan and Defendant Cafe Lughnasa Inc. hereby settle and resolve the issues pertaining to compliance with the February 12, 2015 settlement agreement as follows:

1. That the issue of wheelchair lift access at Cafe Lughnasa's 150 West 47th Street restaurant is resolved as follows: Plaintiff Roldan shall have access and egress to Cafe Lughnasa's restaurant in <u>two</u> steps. Plaintiff Roldan shall use the wheelchair lift's on-board seat for access and egress, and then her motorized wheelchair will be separately lifted into and out of said restaurant. Cafe Lughnasa shall provide a seat for Ms. Roldan while her wheelchair is separately lifted.

2. If it please the Court, Plaintiff <u>withdraws</u> her request for the April 12 court conference as the issues are resolved.

_____          _____
**Michael Stepper, Esq.**           **Donald Weiss, Esq.**
Attorney for Cafe Lughnasa          Attorney for Plaintiff Roldan
12 East 88th Street                 363 Seventh Avenue
New York, New York 10128            New York, New York 10001

                                    SO ORDERED:

Dated: New York, New York
       April 6, 2015                _____
                                    4/9/15  U.S.D.J.